# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROBIN LYNN EVANS,

    Plaintiff(s),

vs.

IREDELL COUNTY SHERIFF'S DEPARTMENT, PHILLIP REDMOND, ET AL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:11CV177-2-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2012, Order.

Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court